Dena C. Sharp (SBN 245869)
dsharp@girardsharp.com
Adam E. Polk (SBN 273000)
apolk@girardsharp.com
Simon S. Grille (SBN 294914)
sgrille@girardsharp.com
Isabel Velez (SBN 359574)
ivelez@girardsharp.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Bryan Weir (Cal. Bar No. 310964)
Brandon Haase (pro hac vice forthcoming)
**CONSOVOY MCCARTHY PLLC**
1600 Wilson Blvd., Ste. 700
Arlington, VA, 22209
T: (703) 243-9423
F: (703) 243-8696
bryan@consovoymccarthy.com
brandon@consovoymccarthy.com

*Attorneys for Plaintiffs*
*Ashley Johnson*

*[Additional counsel on signature pages]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| CHRISTINE PADILLA, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA PHYSICIANS' SERVICE d/b/a BLUE SHIELD OF CALIFORNIA<br><br>Defendants. | Lead Case No.: 4:25-cv-03209-YGR<br><br>**JOIInt STIPULATION AND ~~[PROPOSED]~~ ORDER RE CONSOLIDATION OF ACTIONS AND SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL** |

*Additional Captions Continue on Next Page*

| | |
|---|---|
| ANA MARAVILLA on behalf of herself and all others similarly situated, | Case No.: 4:25-cv-03213-YGR |
| Plaintiff, | |
| v. | |
| CALIFORNIA PHYSICIANS' SERVICE D/B/A BLUE SHIELD OF CALIFORNIA, | |
| Defendant. | |
| JASTON ARCHIE on behalf of himself and all others similarly situated, | Case No.: 4:25-cv-03222-YGR |
| Plaintiff, | |
| v. | |
| CALIFORNIA PHYSICIANS' SERVICE D/B/A BLUE SHIELD OF CALIFORNIA, | |
| Defendant. | |
| W. on behalf of himself and all others similarly situated, | Case No.: 4:25-cv-03225-YGR |
| Plaintiff, | |
| v. | |
| CALIFORNIA PHYSICIANS' SERVICE d/b/a BLUE SHIELD OF CALIFORNIA, | |
| Defendant. | |

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTIONS AND
SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL
CASE NO.: 4:25-CV-03209-YGR

| | |
|---|---|
| ELLEN RENTAS TORRES, individually and on behalf of herself and all others similarly situated, | Case No.: 4:25-cv-03228-YGR |
| Plaintiff, | |
| v. | |
| CALIFORNIA PHYSICIANS' SERVICE D/B/A BLUE SHIELD OF CALIFORNIA, | |
| Defendant. | |
| ASHLEY JOHNSON on behalf of herself and all others similarly situated, | Case No.: 4:25-cv-03234-YGR |
| Plaintiff, | |
| v. | |
| CALIFORNIA PHYSICIANS' SERVICE D/B/A BLUE SHIELD OF CALIFORNIA, | |
| Defendant. | |
| ETHAN HECK on behalf of herself and all others similarly situated, | Case No.: 4:25-cv-03300-YGR |
| Plaintiff, | |
| v. | |
| CALIFORNIA PHYSICIANS' SERVICE D/B/A BLUE SHIELD OF CALIFORNIA, | |
| Defendant. | |

3

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTIONS AND
SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL
CASE NO.: 4:25-CV-03209-YGR

| | |
|---|---|
| DIANE LAMARRE on behalf of herself and all others similarly situated, | Case No.: 4:25-cv-03301-YGR |
| Plaintiff, | |
| v. | |
| CALIFORNIA PHYSICIANS' SERVICE D/B/A BLUE SHIELD OF CALIFORNIA, | |
| Defendant. | |
| KENDRA BAGE on behalf of herself and all others similarly situated, | Case No.: 4:25-cv-03304-YGR |
| Plaintiff, | |
| v. | |
| CALIFORNIA PHYSICIANS' SERVICE D/B/A BLUE SHIELD OF CALIFORNIA, | |
| Defendant. | |
| SUSAN REIMAN, individually and on behalf of all others similarly situated, | Case No. 4:25-cv-03347-YGR |
| Plaintiff, | |
| v. | |
| CALIFORNIA PHYSICIANS' SERVICE d/b/a BLUE SHIELD OF CALIFORNIA, | |
| Defendant. | |

4

| | |
|---|---|
| JOHN AIELLO, on behalf of himself and all others similarly situated, | Case No. 4:25-cv-03386-YGR |
| Plaintiff, | |
| v. | |
| CALIFORNIA PHYSICIANS' SERVICE d/b/a BLUE SHIELD OF CALIFORNIA, | |
| Defendant. | |
| BELINDA FOLEY, individually and on behalf of class of similarly situated individuals, | Case No. 4:25-cv-03394-YGR |
| Plaintiff, | |
| v. | |
| CALIFORNIA PHYSICIANS' SERVICE d/b/a BLUE SHIELD OF CALIFORNIA, | |
| Defendant. | |
| LISA REINGOLD, individually and on behalf of all others similarly situated, | Case No. 4:25-cv-3442-YGR |
| Plaintiff, | |
| v. | |
| CALIFORNIA PHYSICIANS' SERVICE d/b/a BLUE SHIELD OF CALIFORNIA, | |
| Defendant. | |

5

| | |
|---|---|
| AUSTIN KAHN, on behalf of himself and all others similarly situated, | Case No. 4:25-cv-03523-YGR |
| Plaintiff, | |
| v. | |
| CALIFORNIA PHYSICIANS' SERVICE d/b/a BLUE SHIELD OF CALIFORNIA, | |
| Defendant. | |
| DEANNA SMITH, individually and on behalf of all others similarly situated, | Case No. 4:25-cv-03712-YGR |
| Plaintiff, | |
| v. | |
| BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY d/b/a BLUE SHIELD OF CALIFORNIA, | |
| Defendant. | |
| JERRY JONES, ARTURO GARCIA, and RONALD WEIS, individually and on behalf of all others similarly situated, | Case No. 4:25-cv-03743-YGR |
| Plaintiffs, | |
| v. | |
| CALIFORNIA PHYSICIANS' SERVICE d/b/a BLUE SHIELD OF CALIFORNIA, | |
| Defendant. | |

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTIONS AND
SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL
CASE NO.: 4:25-CV-03209-YGR

| | |
|---|---|
| JOHN DOE I and JANE DOE I, | Case No. 4:25-cv-03925-YGR |
| Plaintiffs, | |
| v. | |
| CALIFORNIA PHYSICIANS' SERVICE d/b/a BLUE SHIELD OF CALIFORNIA, | |
| Defendant. | |

| | |
|---|---|
| CHARLENE RAMIREZ, individually and on behalf of all others similarly situated, | Case No. 4:25-cv-04165-YGR |
| Plaintiffs, | |
| v. | |
| CALIFORNIA PHYSICIANS' SERVICE d/b/a BLUE SHIELD OF CALIFORNIA, | |
| Defendant. | |

| | |
|---|---|
| J.T. AND E.H., individually and on behalf of a class of similarly situated individuals, | Case No. 4:25-cv-04343-YGR |
| Plaintiffs, | |
| v. | |
| CALIFORNIA PHYSICIANS' SERVICE, doing business as, BLUE SHIELD OF CALIFORNIA, | |
| Defendant. | |

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTIONS AND SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL
CASE NO.: 4:25-CV-03209-YGR

WHEREAS, there are nineteen proposed class actions pending in this Court, which allege that Defendant California Physicians' Service d/b/a Blue Shield Of California ("Defendant") violated state and federal law by using tools[1] to allegedly and without authorization disclose Plaintiffs' and class members' personally identifiable information and protected health information to third parties, who allegedly intercepted, viewed, and monetized such information:

- *Padilla v. California Physicians' Service*, Case No. 4:25-cv-03209 (N.D. Cal.), filed on April 9, 2025 ("*Padilla*");

- *Maravilla v. California Physicians Service*, Case No. 3:25-cv-03213 (N.D. Cal.), filed on April 10, 2025 ("*Maravilla*");

- *Archie v. California Physicians' Service*, Case No. 4:25-cv-03222 (N.D. Cal.), filed on April 10, 2025 ("*Archie*");

- *W. v. California Physicians' Service*, Case No. 3:25-cv-03225 (N.D. Cal.), filed on April 10, 2025 ("Y.W.");

- *Torres v. California Physicians' Service*, Case No. 3:25-cv-03228 (N.D. Cal.), filed on April 10, 2025 ("*Torres*");

- *Johnson v. California Physicians' Service*, Case No. 4:25-cv-03234 (N.D. Cal.), filed on April 10, 2025 ("*Johnson*");

- *Heck v. California Physicians' Service*, Case No. 3:25-cv-03300 (N.D. Cal.), filed on April 11, 2025 ("*Heck*");

- *LaMarre v. California Physicians' Service*, Case No. 4:25-cv-03301 (N.D. Cal.), filed on April 11, 2025 ("*LaMarre*");

- *Bage v. California Physicians' Service*, Case No. 3:25-cv-03304 (N.D. Cal.), filed on April 11, 2025 ("*Bage*");

- *Reiman v. California Physicians' Service*, Case No. 4:25-cv-03347 (N.D. Cal.), filed on April 15, 2025 ("*Reiman*");

---

[1] Plaintiffs allege the tools are tracking technologies; Defendant contends the tools are analytics technologies.

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTIONS AND SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL
CASE NO.: 4:25-CV-03209-YGR

- *Aiello v. California Physicians' Service*, Case No. 4:25-cv-03386 (N.D. Cal.), filed on April 16, 2025 ("*Aiello*");

- *Foley v. California Physicians' Service*, Case No. 4:25-cv-03394 (N.D. Cal.), filed on April 16, 2025 ("*Foley*");

- *Reingold v. California Physicians' Service*, Case No. 4:25-cv-3442 (N.D. Cal.), filed on April 18, 2025 ("*Reingold*");

- *Kahn v. California Physicians' Service*, Case No. 4:25-cv-03523 (N.D. Cal.), filed on April 22, 2025 ("*Kahn*");

- *Smith v. Blue Shield of California Life & Health Insurance Company*, Case No. 4:25-cv-3712 (N.D. Cal.), filed on April 29, 2025 ("*Smith*");

- *Jones et al. v. California Physicians' Service*, Case No. 4:25-cv-03743 (N.D. Cal.), filed on April 29, 2025 ("*Jones*");

- *Doe I et al. v. California Physicians' Service*, Case No. 4:25-cv-03925 (N.D. Cal.), filed on May 5, 2025 ("*Does*");

- *Ramirez v. California Physicians' Service*, Case No. 4:25-cv-04165 (N.D. Cal.) filed on May 14, 2025 ("*Ramirez*"); and

- *J.T., et al. v. California Physicians' Service,* Case No. 4:25-cv-04343 (N.D. Cal.) filed on May 21, 2025 ("*J.T.*") (collectively, the "Related Cases").

WHEREAS, Plaintiff Johnson filed a motion to relate the *Maravilla*, *Archie*, *W.*, *Torres*, *Johnson*, *Heck*, *LaMarre*, and *Bage* cases to the *Padilla* case on April 15, 2025 (*Padilla*, ECF 12[2]), and on April 17, 2025 the Court entered an order finding that it was inclined to grant the motion but was waiting for Defendant to be served and provide its position (*Padilla*, ECF 13).

WHEREAS, on April 21, 2025, Plaintiff *Padilla* requested and Defendant provided a duly executed Federal Rule of Civil Procedure 4(d) Waiver of the Service of Summons in the *Padilla* case, resulting in Defendant's current responsive pleading deadline in the case being June 20, 2025.

---

[2] All references to ECF Numbers shall be in the *Padilla* case, unless otherwise noted.

WHEREAS, Plaintiff Johnson filed a supplemental motion to relate the *Reiman*, *Aiello*, *Foley*, *Reingold*, *Kahn*, *Smith,* and *Jones* cases to the *Padilla* case on May 2, 2025 (ECF 16).

WHEREAS, Plaintiffs in the *Does* case filed a supplemental motion to relate their case to the *Padilla* case on May 14, 2025 (ECF 21).

WHEREAS, Plaintiff Johnson filed a supplemental motion to relate the *Ramirez* case to the *Padilla* case on May 20, 2025 (ECF 22).

WHEREAS, Plaintiff Johnson filed a supplemental motion to relate the *J.T.* case to the *Padilla* case on May 27, 2025 (ECF 24).

WHEREAS, Judge Yvonne Gonzalez Rogers granted all of the above-referenced motions to relate on May 28, 2025 (ECF 26 and Docket Text).

WHEREAS, as to the *Padilla*, *Maravilla*, *Archie*, *W.*, *Torres*, *Johnson*, *Heck*, *LaMarre*, and *Bage* cases (and, presumably as to the *Reiman*, *Aiello*, *Foley, Reingold, Kahn, Smith, Jones, Does, Ramirez,* and *J.T.* cases) the Court further ordered that given the number of cases, the Parties shall meet and confer to discuss whether a consolidated complaint will be filed and related coordination matters (ECF 13);

WHEREAS, plaintiffs in the Related Cases ("Plaintiffs") and Defendant have conferred and agree that consolidation is appropriate under Federal Rule of Civil Procedure 42(a) because Plaintiffs contend the Related Cases involve common questions of law and fact; specifically, the cases name a common defendant, arise from substantially similar factual allegations regarding Defendant's use of technologies[3] that Plaintiffs claim allow third parties to intercept patient communications and information, and bring the same or similar causes of action for overlapping classes;

WHEREAS, by entering into the instant Joint Stipulation ("Stipulation") Defendant does not concede that Plaintiffs or any putative class(es) they purportedly seek to represent have or have stated valid individual or class claims against Defendant; does not admit the truth of any material allegations against Defendant; and does not waive any rights or defenses at law or in equity, including but not limited to any challenges to the Court's jurisdiction, venue, the sufficiency of any existing or future pleadings, or the merits of Plaintiffs' individual and/or putative class claims;

[3] Plaintiffs allege that Defendant used tracking technologies; Defendant contends the technologies are analytics technologies.

10

WHEREAS, by entering into the instant Stipulation, Defendant does not concede that any later-filed case is related to or should be subject to consolidation with the Related Cases;

WHEREAS, Plaintiffs agree that a process for the appointment of interim class counsel under Fed. R. Civ. P. 23(g)(3) will be beneficial to the effective prosecution of the class claims;

WHEREAS, Defendant agrees that consolidation is appropriate at this time, but reserves the right to move for bifurcation of any Related Case(s) if and when circumstances warrant;

WHEREAS Defendant agrees that appointment of interim class counsel will be beneficial to the efficient management of these matters, and thus does not oppose consolidation under Fed. R. Civ. P 42(a) or the appointment of necessary and appropriate interim class counsel;

WHEREAS, Defendant takes no position on the designation of any specific counsel as interim class counsel at this time, but reserves all rights pending receipt and consideration of any joint or individual application(s) for consideration as interim class counsel;

WHEREAS, the Related Cases presently have varying court-imposed deadlines and/or deadlines pursuant to the Federal Rules of Civil Procedure for Defendant's responses to the complaints and/or for submitting a proposed Case Management Plan and Scheduling Order;

WHEREAS, maintaining these varying deadlines prior to consolidation would lead to inefficiency, duplication of effort, and an unnecessary expenditure of resources;

WHEREAS, to conserve party resources and for efficiency, the parties agree to defer the above-mentioned deadlines until after the filing of a consolidated complaint;

WHEREAS, the parties propose, subject to Court approval, that this action proceed on the following schedule:

- Any of Plaintiffs' counsel may file an individual or joint application for consideration as interim class counsel, as set forth in paragraph 7, below;

- Plaintiffs will file a consolidated complaint no later than forty-five (45) calendar days following the appointment of interim class counsel; and

- Defendants will respond to the consolidated complaint within forty-five (45) calendar days of its filing. If Defendant responds by way of motion(s), Plaintiffs will have forty

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTIONS AND
SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL
CASE NO.: 4:25-CV-03209-YGR

(40) calendar days to oppose the motion(s), and Defendants will have thirty (30) calendar days to reply.

NOW THEREFORE, the parties through their respective counsel and subject to the Court's approval STIPULATE and AGREE that:

1.    The following actions pending in this District should be consolidated for all proceedings and purposes, pursuant to Federal Rule of Civil Procedure 42(a) (hereafter the "Consolidated Action"):

- *Padilla v. California Physicians' Service*, Case No. 4:25-cv-03209, Judge Yvonne Gonzalez Rogers (the first-filed "Lead Case");

- *Maravilla v. California Physicians Service*, Case No. 3:25-cv-03213, previously assigned to Judge Peter H. Kang;

- *Archie v. California Physicians' Service*, Case No. 4:25-cv-03222, previously assigned to Judge Donna M. Ryu;

- *W. v. California Physicians' Service*, Case No. 3:25-cv-03225, previously assigned to Judge Maxine M. Chesney;

- *Torres v. California Physicians' Service*, Case No. 3:25-cv-03228, previously assigned to Judge Rita F. Lin;

- *Johnson v. California Physicians' Service*, Case No. 4:25-cv-03234, previously assigned to Judge Jon S. Tigar;

- *Heck v. California Physicians' Service*, Case No. 3:25-cv-03300, previously assigned to Judge Thomas S. Hixson;

- *LaMarre v. California Physicians' Service*, Case No. 4:25-cv-03301, previously assigned to Judge Jon S. Tigar;

- *Bage v. California Physicians' Service*, Case No. 3:25-cv-03304, previously assigned to Judge James Donato;

-  *Reiman v. California Physicians' Service*, Case No. 4:25-cv-03347, previously assigned to Judge Alex G. Tse;

- *Aiello v. California Physicians' Service*, Case No. 4:25-cv-03386, previously assigned to Judge James Donato;

- *Foley v. California Physicians' Service*, Case No. 4:25-cv-03394, previously assigned to Judge Trina L. Thompson;

- *Reingold v. California Physicians' Service*, Case No. 4:25-cv-3442, previously assigned to Judge William H. Orrick;

- *Kahn v. California Physicians' Service*, Case No. 4:25-cv-03523, previously assigned to Judge Charles R. Breyer;

- *Smith v. Blue Shield of California Life & Health Insurance Company*, Case No. 4:25-cv-3712, previously assigned to Judge Alex G. Tse;

- *Jones et al. v. California Physicians' Service*, Case No. 4:25-cv-03743, previously assigned to Judge Laurel Beeler;

- *Doe I et al. v. California Physicians' Service*, Case No. 4:25-cv-03925, previously assigned to Judge Maxine M. Chesney;

- *Ramirez v. California Physicians' Service*, Case No. 4:25-cv-04165, previously assigned to Judge Laurel Beeler; and

- *J.T., et al. v. California Physicians' Service,* Case No. 4:25-cv-04343, previously assigned to Judge Sallie Kim.

2.      All papers filed in the Consolidated Action must be filed under Case No. 4:24-cv-03209-YGR, the number assigned to the Lead Case, and must bear the following caption:

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Blue Shield of California Privacy Litigation*<br><br>This Document Relates To: | Case No. 4:25-cv-03209-YGR |

3.      The case file for the Consolidated Action will be maintained under the Master File Case No. 4:25-cv-03209.  When a pleading is intended to apply to all of the Related Actions, the words "All Actions" shall appear immediately after "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption described above.

4.      The clerk is directed to administratively close the following related cases:

- *Maravilla v. California Physicians Service*, Case No. 3:25-cv-03213, previously assigned to Judge Peter H Kang;

- *Archie v. California Physicians' Service*, Case No. 4:25-cv-03222, previously assigned to Judge Donna M. Ryu;

- *W. v. California Physicians' Service*, Case No. 3:25-cv-03225, previously assigned to Judge Maxine M. Chesney;

- *Torres v. California Physicians' Service*, Case No. 3:25-cv-03228, previously assigned to Judge Rita F. Lin;

- *Johnson v. California Physicians' Service*, Case No. 4:25-cv-03234, previously assigned to Judge Jon S. Tigar;

- *Heck v. California Physicians' Service*, Case No. 3:25-cv-03300, previously assigned to Judge Thomas S. Hixson;

- *LaMarre v. California Physicians' Service*, Case No. 4:25-cv-03301, previously assigned to Judge Jon S. Tigar;

- *Bage v. California Physicians' Service*, Case No. 3:25-cv-03304, previously assigned to Judge James Donato;

- *Reiman v. California Physicians' Service*, Case No. 4:25-cv-03347, previously assigned to Judge Alex G. Tse;

- *Aiello v. California Physicians' Service*, Case No. 4:25-cv-03386, previously assigned to Judge James Donato;

- *Foley v. California Physicians' Service*, Case No. 4:25-cv-03394, previously assigned to Judge Trina L. Thompson;

- *Reingold v. California Physicians' Service*, Case No. 4:25-cv-3442, previously assigned to Judge William H. Orrick;

- *Kahn v. California Physicians' Service*, Case No. 4:25-cv-03523, previously assigned to Judge Charles R. Breyer;

- *Smith v. Blue Shield of California Life & Health Insurance Company*, Case No. 4:25-cv-3712, previously assigned to Judge Alex G. Tse;

- *Jones et al. v. California Physicians' Service*, Case No. 4:25-cv-03743, previously assigned to Judge Laurel Beeler;

- *Doe I et al. v. California Physicians' Service*, Case No. 4:25-cv-03925, previously assigned to Judge Maxine M. Chesney;

- *Ramirez v. California Physicians' Service*, Case No. 4:25-cv-04165, previously assigned to Judge Laurel Beeler; and

- *J.T., et al. v. California Physicians' Service,* Case No. 4:25-cv-04343, previously assigned to Judge Sallie Kim.

5.     Any subsequently filed, removed, or transferred action that alleges the same or substantially similar claims as this consolidated action shall be consolidated for all proceedings and purposes. Any party objecting to such consolidation must file a motion requesting relief from this order within fourteen (14) calendar days after the action is consolidated.

6.     As soon as practicable, the parties will notify the Court pursuant to Civil Local Rule 3-12 whenever a related case that should be consolidated into this action is filed in, or transferred to, this District.

7.     Any counsel who has filed an action in this Consolidated Action may file an individual or joint application for consideration as interim class counsel no later than twenty-one (21) calendar days from the date of entry of the Court's order approving this stipulation. Each attorney's individual or joint application shall not exceed ten (10) pages double-spaced addressing the factors set forth in Rule 23(g)

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTIONS AND
SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL
CASE NO.: 4:25-CV-03209-YGR

and may attach or include a link to their firm resume(s). Any counsel of record in the Consolidated Action may file a two-page double-spaced response (including attachments), no later than fourteen (14) calendar days from the filing deadline of the initial applications.

8.    The parties preliminarily agree that the case will proceed on the following schedule:

- Plaintiffs will file a consolidated complaint no later than forty-five (45) calendar days following the appointment of interim class counsel;

- Defendant will respond to the consolidated complaint within forty-five (45) calendar days of its filing. If Defendant responds by way of motion(s), Plaintiffs will have forty (40) calendar days to oppose the motion(s), and Defendant will have thirty (30) calendar days to reply.


**IT IS SO STIPULATED.**


Dated: June 2, 2025

By: */s/ Adam E. Polk*
Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
Isabel Velez (SBN 359574)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: dsharp@girardsharp.com
Email: apolk@girardsharp.com
Email: sgrille@girardsharp.com
Email: ivelez@girardsharp.com


Bryan Weir (Cal. Bar No. 310964)
Brandon Haase (pro hac vice forthcoming)
**CONSOVOY MCCARTHY PLLC**
Bryan Weir (Cal. Bar No. 310964)
1600 Wilson Blvd., Ste. 700
Arlington, VA, 22209

Respectfully submitted,


By: */s/ Teresa C. Chow*
Teresa C. Chow (SBN 237694)
Alexandra R. Rahimi (SBN 340253)
Ciara N. Westbrooks (SBN 348637)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone: (310) 820-8800
Facsimile: (310) 820-8859
Email: tchow@bakerlaw.com
arahimi@bakerlaw.com
cwestbrooks@bakerlaw.com


Sean P. Killeen (SBN 320644)
**BAKER & HOSTETLER LLP**
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone: (415) 659-2600
Facsimile: (415) 659-2601
Email: skilleen@bakerlaw.com

*Attorneys for Defendant California Physicians'*

JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE CONSOLIDATION OF ACTIONS AND
SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL
CASE NO.: 4:25-CV-03209-YGR

T: (703) 243-9423                                    *Service d/b/a Blue Shield Of California*
F: (703) 243-8696
Email: bryan@consovoymccarthy.com
Email: brandon@consovoymccarthy.com

*Attorneys for Plaintiff Ashley Johnson*

Joshua B. Swigart (SBN 225557)
josh@swigartlawgroup.com
**SWIGART LAW GROUP, APC**
2221 Camino Del Rio S., Suite 308
San Diego, CA  92108
Tel: (866) 219-3343; Fax: (866) 219-8344


Ben Travis (SBN 305641)
ben@bentravislaw.com
**BEN TRAVIS LAW, APC**
4660 La Jolla Village Drive, Suite 100
San Diego, CA 92122
Phone: (619) 353-7966

*Counsel for Plaintiff Christine Padilla*

By: */s/ John J. Nelson*
John J. Nelson (SBN 317598)
Heather M. Lopez (SBN 354022)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
402 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
Fax: (865) 522-0049
Email: jnelson@milberg.com
Email: hlopez@milberg.com


Jason M. Wucetich (SBN 222113)
**WUCETICH & KOROVILAS LLP**
222 North Sepulveda Boulevard, Suite 2000
El Segundo, CA 90245
Telephone: (310) 335-2001
Facsimile: (310) 364-5201
Email: jason@wukolaw.com

*Counsel for Plaintiff Ana Maravilla*

17

By: /s/ M. Anderson Berry
M. Anderson Berry, Esq. (S.B. #262879)
Gregory Haroutunian, Esq. (S.B. #330263)
Brandon P. Jack (S.B. #325584)
**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
Email: aberry@justice4you.com
Email: gharoutunian@justice4you.com
Email: bjack@justice4you.com


Daniel Srourian, Esq. [SBN 285678]
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr., Suite 200
Beverly Hills, CA 90210
Telephone: (213) 474-3800
Fax: (213) 471-4160
Email: daniel@slfla.com

*Counsel for Plaintiff Jaston Archie*


By: /s/ Israel David
Israel David (admitted pro hac)
**ISRAEL DAVID LLC**
60 Broad Street, Suite 2900
New York, NY 10004
Telephone: (212) 350-8850
Facsimile: (212) 350-8860
Email: israel.david@davidllc.com


*Counsel for Plaintiff Y.W.*

/s/ Kristen Lake Cardoso
Kristen Lake Cardoso (SBN 338762)
**KOPELOWITZ OSTROW P.A.**
1 West Las Olas Blvd., Ste. 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
cardoso@kolawyers.com

18

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTIONS AND
SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL
CASE NO.: 4:25-CV-03209-YGR

*Counsel for Plaintiff Ellen Rentas Torres*

By: /s/ Tina Wolfson
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Alyssa Brown (SBN 301313)
abrown@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111

Jonathan S. Mann (pro hac vice forthcoming)
**PITTMAN, DUTTON, HELLUMS,
BRADLEY & MANN, P.C.**
2001 Park Place North, Suite 1100
Birmingham, AL 35203
Tel: (205) 322-8880
Fax: (205) 328-2711
E: jonm@pittmandutton.co

*Counsel for Plaintiff Ethan Heck*

By: /s/ Amber L. Schubert
Robert C. Schubert (SBN 62684)
Amber L. Schubert (SBN 278696)
Daniel L.M. Pulgram (SBN 354569)
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union St Ste 200
San Francisco, CA 94123
Tel: (415) 788-4220
Fax: (415) 788-0161
rschubert@sjk.law
aschubert@sjk.law
dpulgram@sjk.law

*Counsel for Plaintiff Diane LaMarre*

By: /s/ John P. Kristensen
John P. Kristensen (SBN 224132)
**KRISTENSEN LAW GROUP**
120 Santa Barbara Street, Suite C9
Santa Barbara, California 93101
Telephone: 805-837-2000
john@kristensen.law

Leigh S. Montgomery (pro hac vice forthcoming)

19

Texas Bar No. 24052214
lmontgomery@eksm.com
**EKSM, LLP**
4200 Montrose Blvd., Ste. 200
Houston, Texas 77006
Phone: (888) 350-3931

*Counsel for Plaintiff Kendra Bage*

By: */s/ Daniel Srourian*
Daniel Srourian, Esq. (SBN 285678)
**SROURIAN LAW FIRM, P.C.**
468 N. Camden Dr., Suite 200
Beverly Hills, CA 90210
Telephone: (213) 474-3800
Fax: (213) 471-4160
Email: daniel@slfla.com

Eduard Korsinsky (pro hac vice forthcoming)
Melissa Meyer (pro hac vice forthcoming)
Courtney Maccarone (pro hac vice forthcoming)
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: ek@zlk.com
Email: mmeyer@zlk.com
Email: cmaccarone@zlk.com

*Counsel for Susan Reiman*

By: */s/ Nanci E. Nishimura*
JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
NANCI E. NISHIMURA (SBN 152621)
nnishimura@cpmlegal.com
BRIAN DANITZ (SBN 247403)
bdanitz@cpmlegal.com
VASTI S. MONTIEL (SBN 346409)
vmontiel@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center

20

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTIONS AND
SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL
CASE NO.: 4:25-CV-03209-YGR

840 Malcolm Road
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

KARIN B. SWOPE (Pro Hac Vice forthcoming)
kswope@cpmlegal.com
THOMAS E. LOESER (SBN 202724)
tloeser@cpmlegal.com
VARA G. LYONS (Pro Hac Vice forthcoming)
vlyons@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Telephone: (206) 802-1272
Facsimile: (206)-299-4184

*Counsel for John Aiello*

By: */s/ Timothy D. Cohelan*
**COHELAN KHOURY & SINGER**
Timothy D. Cohelan, Esq. (SBN 60827)
tcohelan@ckslaw.com
Isam C. Khoury, Esq. (SBN 58759)
ikhoury@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Telephone: (619) 595-3001/Facsimile: (619) 595-3000

**KEEGAN & BAKER, LLP**
Patrick N. Keegan, Esq. (SBN 167698)
pkeegan@keeganbaker.com
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008
Telephone: (760) 929-9303/Facsimile: (760) 929-9260

*Counsel for Belinda Foley*

By: */s/ Michael McShane*
Michael McShane (SBN 127944)
Ling Y. Kuang (SBN 296873)
**AUDET & PARTNERS, LLP**

21

JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE CONSOLIDATION OF ACTIONS AND
SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL
CASE NO.: 4:25-CV-03209-YGR

711 Van Ness Avenue, Suite 500
San Francisco, California 94102
mmcshane@audetlaw.com
lkuang@audetlaw.com

Brett R. Cohen (SBN 337543)
**LEEDS BROWN LAW, P.C.**
One Old Country Road, Suite 347
Carle Place, New York 11514
Tel: (516) 873-9550
bcohen@leedsbrownlaw.com

Jeffrey S. Goldenberg (Pro hac vice to be filed)
**GOLDENBERG SCHNEIDER, LPA**
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
Tel: (513) 345-8291
jgoldenberg@gs-legal.com

Charles E. Schaffer (Pro hac vice to be filed)
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
cschaffer@lfsblaw.com

*Counsel for Lisa Reingold*

By: */s/ (Eddie) Jae K. Kim*
(Eddie) Jae K. Kim (SBN 236805)
ekim@lcllp.com
Tiffine E. Malamphy (SBN 312239)
tiffine@lcllp.com
**LYNCH CARPENTER LLP**
117 E Colorado Blvd, Ste 600
Pasadena, CA 91105-3712
Tel.: (213) 723-0707
Fax: (858) 313-1850

*Counsel for Austin Kahn*

By: */s/ Eric Poulin*
Eric Poulin (CA Bar No. 298476)
Paul J. Doolittle, Esq. (pro hac vice forthcoming)
**POULIN | WILLEY | ANASTOPOULO**

22

JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE CONSOLIDATION OF ACTIONS AND
SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL
CASE NO.: 4:25-CV-03209-YGR

32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Fax: (843) 494-5536
Email: paul.doolittle@poulinwilley.com
cmad@poulinwilley.com

*Counsel for Deanna Smith*

By: */s/ Anne K. Davis*
Lesley E. Weaver (SBN 191305)
lweaver@bfalaw.com
Anne K. Davis (SBN 267909)
adavis@bfalaw.com
Joshua D. Samra (SBN 313050)
jsamra@bfalaw.com
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, California 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020

*Counsel for Jerry Jones, Arturo Garcia, and Ronald Weis*

By: */s/ Michael W. Sobol*
Michael W. Sobol (State Bar No. 194857)
msobol@lchb.com
Melissa Gardner (State Bar No. 289096)
mgardner@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415 956-1000
Facsimile: 415-956-1008
 Douglas Cuthbertson (pro hac vice)
 dcuthbertson@lchb.com
Jahi Liburd (pro hac vice)
 jliburd@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212 355-9500
Facsimile: 212-355-9592

Joseph P. Guglielmo (pro hac vice)
jguglielmo@scott-scott.com

23

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTIONS AND
SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL
CASE NO.: 4:25-CV-03209-YGR

Anja Rusi (Pro hac vice)
arusi@scott-scott.com
Ethan Binder (pro hac vice)
ebinder@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: 212 223-6444
Facsimile: 212 223-6334

Jeffrey A. Koncius, State Bar No. 189803
 koncius@kiesel.law
Nicole Ramirez Jones, State Bar No. 279017
 ramirezjones@kiesel.law
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Telephone: 310-854-4444
Facsimile: 310-854-0812

Jason 'Jay' Barnes (pro hac vice)
 jaybarnes@simmonsfirm.com
An Truong (pro hac vice)
 atruong@simmonsfirm.com
Eric Johnson (pro hac vice forthcoming)
 ejohnson@simmonsfirm.com
Jenny Paulson (pro hac vice forthcoming)
 jpaulson@simmonsfirm.com
**SIMMONS HANLY CONROY LLP**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: 212-784-6400
Fax: 212-213-5949

*Counsel for John Doe 1 and Jane Doe I*

By: */s/ Eddie K. Kim*
(Eddie) Jae K. Kim (SBN 236805)
ekim@lcllp.com
Tiffine E. Malamphy (SBN 312239)
tiffine@lcllp.com
**LYNCH CARPENTER LLP**
117 E Colorado Blvd, Ste 600
Pasadena, CA 91105-3712
Tel.: (213) 723-0707

24

JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE CONSOLIDATION OF ACTIONS AND
SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL
CASE NO.: 4:25-CV-03209-YGR

Fax: (858) 313-1850

William B. Federman (Pro Hac Vice Forthcoming)
Jessica A. Wilkes (Pro Hac Vice Forthcoming)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave
Oklahoma City, OK 73120
Tel.: (405) 235-1560
wbf@federmanlaw.com
jaw@federmanlaw.com

*Counsel for Charlene Ramirez*

David S. Casey, Jr. (SBN 60768)
Gayle M. Blatt (SBN 122048)
P.Camille Guerra (SBN 326546)
Jennifer L. Connor (SBN 241480)
**CASEY GERRY**
**FRANCAVILLA BLATT LLP**
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
dcasey@cglaw.com
gmb@cglaw.com
camille@cglaw.com
jconnor@cglaw.com

*Counsel for J.T. and E.H.*

## ATTESTATION OF FILER

I, Adam E. Polk, am the ECF user whose ID and password are being used to file this document.

In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: June 2, 2025                */s/ Adam E. Polk*
                                          Adam E. Polk

JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE CONSOLIDATION OF ACTIONS AND
SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL
CASE NO.: 4:25-CV-03209-YGR

1

2

**[PROPOSED] ORDER**

3

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

4

5    Dated: June 3, 2025

6    Hon. Yvonne Gonzalez Rogers
     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION OF ACTIONS AND
SETTING PROCESS FOR APPOINTMENT OF INTERIM CLASS COUNSEL
CASE NO.: 4:25-CV-03209-YGR